*E-Filed 3/1/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELVIN RAY BUCK, | No. C 11-4711 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JERICHO PROJECT, INC., | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The complaint was dismissed, and plaintiff was granted 30 days within which to file an amended complaint. More than 30 days have passed, and plaintiff has not filed an amended complaint. Accordingly, the action is hereby DISMISSED for failure to comply with a filing deadline and for failing to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: February 29, 2012

RICHARD SEEBORG
United States District Judge

No. C 11-4711 RS (PR)
ORDER OF DISMISSAL